1   Nicolas P. Martin, Esq. (SBN 267708)
    nick.martin@wilsonelser.com
2   Marylin Jenkins, Esq. (SBN 89832)
    marylin.jenkins@wilsonelser.com
3   WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
4   525 Market Street, 17th Floor
    San Francisco, California 94105
5   Telephone:     (415) 433-0990
    Facsimile:     (415) 434-1370
6
7   Attorneys for Defendant
    GACO Western, LLC

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  SCOTT FEAMSTER, on behalf of himself      Case No.: 4:cv-18-1327 HSG
    and all others similarly situated,

13                                            **STIPULATION TO CONTINUE CASE**
                    Plaintiffs,               **MANAGEMENT CONFERENCE AND**
14                                            **ORDER**
            v.
15
    GACO WESTERN, LLC, dba GACO
16  WESTERN, A Limited Liability Company,
    And DOES 1 -100,                          Action Filed:  February 28, 2018
17                  Defendants.

18

19  The undersigned hereby stipulate as follows:

20          This class action lawsuit arises from claims concerning defendant's foam insulation product.

21  Defendant has filed a Motion to Dismiss this matter, which motion is set for hearing before this

22  Court on July 19, 2018, at 2:00 p.m.

23
            A Case Management Conference is scheduled in this matter for June 5, 2018, at 2:00 p.m.
24
    The parties believe that judicial and party economy will be achieved by continuing the Case
25
26  Management Conference until after the Motion to Dismiss is decided.

27          For the forgoing reasons, the parties hereby request that the court continue the case

28

management conference set for June 5, 2018, at 2:00 p.m. to August 21, 2018, 2018, at 2:00 p.m.

Dated: May 8, 2018                    WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                                      By: _____
                                          Marylin Jenkins, Esq.
                                          Attorneys for Defendant
                                          GACO Western, LLC

Dated: May 8, 2018                    LAW OFFICE OF SHERRI L. KELLY

                                      By _Sherri L. Kelly_ mj
                                          Sherri L. Kelly, Esq.*
                                          Attorneys for Plaintiffs Scott Feamster , on behalf of
                                          himself and all others similarly situated
                                          *permission given to Ms. Jenkins by Ms. Kelly to sign on
                                          her behalf

Dated: 5/10/2018

UNITED STATES DISTRICT COURT

DENIED

Haywood S. Gilliam Jr.

Judge Haywood S. Gilliam Jr.

NORTHERN DISTRICT OF CALIFORNIA