Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

*Attorney for Plaintiff Scott Feamster*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SCOTT FEAMSTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GACO WESTERN, LLC, d/b/a GACO WESTERN, a Limited Liability Company, and DOES 1 – 100.<br><br>Defendants. | Case No.: 4:cv-18-1327 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SHERI L. KELLY**<br><br>Local Rules 6-2 and 7-12 |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate and agree to continue the |
| 2 | hearing date on Defendant Gaco Western, LLC's (hereinafter "Gaco Western") Motion to |
| 3 | Dismiss, and the initial Case Management Conference, as follows: |
| 4 | WHEREAS on April 16, 2018 Gaco Western filed its Motion to Dismiss Plaintiff's |
| 5 | Complaint, and set a hearing date for July 19, 2018 at 2:00 pm, which was the first available |
| 6 | hearing date on the Court's calendar at that time (ECF 15); |
| 7 | WHEREAS, Defendant's Motion to Dismiss has been fully briefed (ECF 15, 16, and 17); |
| 8 | WHEREAS, the Court scheduled the initial Case Management Conference to take place at |
| 9 | the same date and time as the hearing on Defendant's Motion to Dismiss on July 19, 2018 (ECF |
| 10 | 20); |
| 11 | WHEREAS, as set forth in the accompanying declaration of Sheri L. Kelly, a medical |
| 12 | condition requiring a hospital stay will prevent Plaintiff's counsel from attending the hearing on |
| 13 | Defendant's Motion to Dismiss and Case Management Conference currently scheduled for July |
| 14 | 19, 2018; |
| 15 | WHEREAS, the parties hereby stipulate and agree to continue the hearing on Defendant's |
| 16 | Motion to Dismiss and Case Management Conference to the first available hearing date on or after |
| 17 | August 16, 2018; as of the date of this stipulation, the first available hearing date on the Court's |
| 18 | calendar is September 13, 2018. |
| 19 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to |
| 20 | the Court's approval, the hearing date for Defendant's Motion to Dismiss and the initial Case |
| 21 | Management Conference shall be continued from July 19, 2018 at 2:00 p.m. to September 13, |
| 22 | 2018 at 2:00 p.m. |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |

| | | |
|---|---|---|
| Dated: July 6, 2018 | | LAW OFFICE OF SHERI L. KELLY |

Dated: July 6, 2018                              LAW OFFICE OF SHERI L. KELLY

*/s/ Sheri L. Kelly*
SHERI L. KELLY
Counsel for Plaintiff Scott Feamster

Dated: July 6, 2018                              WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*/s/ Marylin Jenkins*
MARYLIN JENKINS
Counsel for Defendant Gaco Western, LLC

## **FILER'S ATTESTATION**

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

Dated: July 6, 2018                              LAW OFFICE OF SHERI L. KELLY

*/s/ Sheri L. Kelly*
SHERI L. KELLY
Counsel for Plaintiff Scott Feamster

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3     The hearing date for Defendant Gaco Western's Motion to Dismiss, and the initial Case

4 Management Conference, shall be continued from July 19, 2018 at 2:00 p.m., to September 13,

5 2018 at 2:00 p.m.

10 DATED: 7/10/2018

11                                  Hon. Haywood S. Gilliam, Jr., District Judge