UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FEAMSTER,<br><br>　　Plaintiff,<br><br>v.<br><br>GACO WESTERN, LLC,<br><br>　　Defendant. | Case No. 18-cv-01327-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 33 |

Plaintiff submitted a proposed class certification schedule on October 9, 2018, Dkt. No. 33, to which Defendant agreed on October 11, 2018, Dkt. No. 36. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Amendment of Pleadings / Joinder | November 17, 2018 |
| Close of Fact Discovery | February 15, 2019 |
| Exchange Opening Expert Reports | March 2, 2019 |
| Exchange Rebuttal Expert Reports | March 17, 2019 |
| Close of Expert Discovery | April 1, 2019 |
| Opening Class Certification Brief Deadline | April 29, 2019 |
| Opposition Deadline | May 24, 2019 |
| Reply Deadline | June 14, 2019 |
| Class Certification Hearing | July 18, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good

cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 33.

**IT IS SO ORDERED.**

Dated: 10/15/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge