1 Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
2 LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
3 San Jose, CA 95112
Telephone: (408) 287-7712
4 Facsimile: (408) 583-4249

5 *Attorney for Plaintiff Scott Feamster*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SCOTT FEAMSTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GACO WESTERN, LLC, d/b/a GACO WESTERN, a Limited Liability Company, and DOES 1 – 100.<br><br>Defendants. | Case No.: 4:cv-18-1327 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Local Rules 6-2 and 7-12 |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate and agree to continue the |
| 2 | discovery cutoff deadlines, as follows: |
| 3 | WHEREAS on September 12, 2018, the parties filed their initial Joint Case Management |
| 4 | Conference statement, wherein Plaintiff proposed that the dates for the designation of merits |
| 5 | experts, discovery cutoff, the hearing of dispositive motions, the pretrial conference, and trial |
| 6 | should be set following a ruling on Plaintiff's motion for class certification (*see* ECF 27 at p. 9:19 |
| 7 | – 22); |
| 8 | WHEREAS, the Court held the initial case management conference on September 18, |
| 9 | 2018, directing the parties to submit a "proposed order setting a case schedule through class |
| 10 | certification," and that "[t]he parties proposed case schedule should include an April 2019 motion |
| 11 | for class certification filing deadline;" (*see* ECF 30 – Minute Entry); |
| 12 | WHEREAS, on October 9, 2018, Plaintiff filed an unopposed motion for administrative |
| 13 | relief to set class certification briefing schedule and ADR deadline, proposing that the opening |
| 14 | class certification brief be filed on April 29, 2019, and that the opposition and reply brief be filed |
| 15 | on May 24, 2019 and June 14, 2019, respectively (*see,* ECF 33 at 3:15 -21; ECF 36 at 1:25 – 27); |
| 16 | WHEREAS, on October 15, 2018, the Court entered a Scheduling Order adopting the class |
| 17 | certification briefing schedule proposed by Plaintiff; the Court also ordered that the close of fact |
| 18 | discovery was due on 2/15/2019; Opening Reports due by 3/2/2019, Rebuttal Reports due by |
| 19 | 3/17/2019; and the Close of Expert Discovery due by 4/1/2019 (*see* ECF 38); |
| 20 | WHEREAS, the parties have been actively engaged in discovery to date; |
| 21 | WHEREAS, the parties have agreed to participate in mediation in April 2019 to potentially |
| 22 | resolve this case; |
| 23 | WHEREAS, the parties stipulate and agree that, at this time, it would be in the best |
| 24 | interests of the parties to conserve their resources by focusing on conducting discovery necessary |
| 25 | for the upcoming mediation and class certification determination, and that it would not be in the |
| 26 | best interests of the parties to expend the resources necessary to complete all fact and expert |
| 27 | discovery by the current deadlines (*see* ECF 38); |
| 28 | |

WHEREAS, the parties request that the discovery deadlines in the Court's Scheduling Order (ECF 38) be vacated and reset following a ruling on Plaintiff's motion for class certification;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, the discovery deadlines set in the Court's October 15, 2018 Scheduling Order shall be continued, to be reset after this Court's order on Plaintiff's motion for class certification.

| | |
|---|---|
| Dated: February 8, 2019 | LAW OFFICE OF SHERI L. KELLY |
| | */s/ Sheri L. Kelly*<br>SHERI L. KELLY<br>Counsel for Plaintiff Scott Feamster |
| Dated: February 8, 2019 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
| | */s/ Vincent J. Adams*<br>VINCENT J. ADAMS<br>Counsel for Defendant Gaco Western, LLC |

## **FILER'S ATTESTATION**

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

| | |
|---|---|
| Dated: February 8, 2019 | LAW OFFICE OF SHERI L. KELLY |
| | */s/ Sheri L. Kelly*<br>SHERI L. KELLY<br>Counsel for Plaintiff Scott Feamster |

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3 The discovery deadlines set in this Court's October 15, 2018 Scheduling Order shall be
4 continued, to be reset after this Court's order on Plaintiff's motion for class certification.

7 DATED: 2/11/2019                    *Haywood S. Gilliam Jr.*
8                                      Hon. Haywood S. Gilliam, Jr., District Judge