Duplicate
Original FedEx 781928397750, 8/27/2019

Name: SCOTT FEAMSTER
Address: 230 PARK LANE
ATHERTON, CA. 94027-5411
Phone Number: (650) 245-2613 AND (650) 740-0610
E-mail Address: ~~maltpixpfw @ EARTHLINK. NET~~ AND
*Pro Se*        CFEAMSTER @ GMAIL. COM

RECEIVED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Scott Feamster an individual,

)
)
)
)                    Plaintiff,
)
)
vs.
)
Graco Western, LLC, d/b/a
)
Grau Western, Limited liability
)
Company and Does 1-100,
)
)                    Defendants
)

Case Number: 4:18-cv-01327 HSG

[PROPOSED] ORDER GRANTING
MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding

that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 9/11/2019

Haywood S. Gill J.

United States District/~~Magistrate~~ Judge