UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>    Plaintiff,<br><br>v.<br><br>GACO WESTERN, LLC,<br><br>    Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER DENYING MOTION FOR CONTINUANCE**<br><br>Re: Dkt. No. 87 |

On January 27, 2020, Plaintiff Robert Scott Feamster filed an administrative motion "for an eleven-month trial continuance." Dkt. No. 87 at 12. Since the Court has not yet scheduled a trial for this case, but has only scheduled to the class certification stage, the Court interprets Plaintiff's motion as a request to continue the February 20, 2020 hearing on Defendant Gaco Western's motion to deny class certification. *See* Dkt. No. 74. Plaintiff's motion is **DENIED**. If Plaintiff is unable to make accommodations to appear at the motion hearing in person, the Court would be receptive to a request to appear telephonically, if Plaintiff so files.

**IT IS SO ORDERED.**

Dated: 1/28/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge