UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>Plaintiff,<br><br>v.<br><br>GACO WESTERN, LLC,<br><br>Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER DENYING MOTION TO CONTINUE HEARING AND GRANTING MOTION TO APPEAR BY TELEPHONE**<br><br>Re: Dkt. No. 89 |

On February 5, 2020, Plaintiff Robert Scott Feamster filed an administrative motion "for an eleven-month hearing continuance" for the February 20, 2020 hearing on Defendant Gaco Western's motion to deny class certification. Dkt. No. 89 at 12. Plaintiff also requests to appear telephonically at the hearing. *Id.* Just as the Court denied Plaintiff's previous motion requesting a continuance of the hearing, the Court again **DENIES** Plaintiff's motion for a continuance. *See also* Dkt. No. 88. The Court, however, **GRANTS** Plaintiff's request to appear telephonically at the February 20, 2020 hearing. Plaintiff shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: 2/6/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge