| | |
|---|---|
| 1 | Your Name: Scott Feamster |
| 2 | Address: 230 Park Lane |
|   | Atherton, CA 94027-5411 |
| 3 | Phone Number: (650) 245-2613 and (650) 740-0610 |
|   | E-mail Address: matrixpfw@earthlink.net and cfeamster@gmail.com |
| 4 | |
| 5 | Pro Se Plaintiff |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

SCOTT FEAMSTER, an individual,

    Plaintiff,

vs.

GACO WESTERN, LLC, d/b/a GACO WESTERN, a Limited Liability Company, and DOES 1-100,

    Defendants.

Case Number: 4:18-cv-01327-HSG

**LEAVE TO FILE A CASE MANAGEMENT STATEMENT FOR FEAMSTER'S HEALTH, LIFE, AND HOME DAMAGES CAUSED BY GACO-FIRESTONE'S FAILED DEFECTIVE TOXIC-CARCINOGENIC SPRAY POLYURETHANE FOAM (SPF) IN EXCESS OF TEN PAGES AND WITH EXTRA TIME**

Date: March 24, 2020

Judge: Hon. Haywood S. Gilliam, Jr.

**LEAVE TO FILE A CASE MANAGEMENT STATEMENT FOR FEAMSTER'S HEALTH, LIFE, AND HOME DAMAGES CAUSED BY GACO-FIRESTONE'S FAILED DEFECTIVE TOXIC-CARCINOGENIC SPRAY POLYURETHANE FOAM (SPF) IN EXCESS OF TEN PAGES AND WITH EXTRA TIME**  Case Number: 4:18-cv-01327-HSG

Page 1 of 5

# LEAVE TO FILE CASE MANAGEMENT STATEMENT
# IN EXCESS OF TEN PAGES AND WITH EXTRA TIME

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE:

On March 23, in Courtroom 2, 4th Floor, in the above-captained Court before the Honorable Haywood S. Gilliam, Jr., located at 1301 Clay Street, Oakland, CA 94612,
I hereby request leave to file in the above-entitled action for Feamster's Health, Life, and Home Damages Caused by Gaco-Firestone's Toxic-Carcinogenic Failed Defective Spray Polyurethane Foam (SPF) in Excess of Ten Pages and with Extra Time on the grounds that: (A) the case involves numerous toxic-carcinogenic chemicals and is extremely complex, (B) new and different significant facts and circumstances exist, and (C) Gaco-Firestone disputes and evades discovery on numerous significant fundamental facts.

(A) The case involves numerous toxic-carcinogenic chemicals and is extremely complex in its five-year time frame, toxic-carcinogenic liability damages and claims, and Gaco-Firestone's evasion and unwarranted oppression.

(1) It's not a single-incident product liability claim; Gaco-Firestone's failed defective SPF damages have been ongoing for over four years.

(2) Gaco-Firestone toxic-carcinogenic chemicals were emitted from defective and failed defective SPF over 12 months and progressively debilitated and incapacitated Feamster's multiple organ systems for over four years.

(3) Three different failed defective SPF product liability damages include defectively designed SPF, defectively manufactured SPF, and failure to provide adequate defective and failed defective health hazard warnings and instructions by Gaco-Firestone.

(4) Compensatory SPF damages include "economic" damages, such as tangible property, and "non-economic" damages, such as intangible property. Gaco-Firestone's evasive discovery and unwarranted oppression might merit punitive damages.

(5) Defective and failed defective SPF claims against Gaco-Firestone include negligence due to failure to exercise ordinary care, failure to act to meet care obligations causing significant damages, and intentional misrepresentation-fraud in deliberately concealing health and denying structural damages for over four years.

(6) Gaco-Firestone's continuing evasion of damages disclosures for over four years including missing five discovery deadlines with Feamster's prior attorney (one Court ordered on May 6, 2019) and three meet-and-confer document requests by Feamster, the last documents request in person on February 21, 2020.

(7) Feamster's prior attorney's representation withdrawal after 11-1/2 years with inadequate notice, libelous court allegations, and no attorney substitution assistance in the defective and failed defective SPF cases in the U.S. District Court and the San Mateo Superior Court and in two business cases in the San Mateo Superior Court and the Santa Clara Superior Court. All three superior courts have now granted Feamster continuances.

(B) New and different significant facts and circumstances exist in Feamster's continuing deteriorating health disabilities; high pneumonia, influenza, and coronavirus health risks; and Gaco-Firestone's increasing disclosure evasion and unwarranted oppression of Feamster.

(1) Due to Gaco-Firestone's recent evasive and oppressive court actions, Feamster's mental and physical debilitation and incapacitations have recently increased in severity.

(2) Due to Gaco-Firestone's recent evasive and oppressive court actions, Feamster has been unable to maintain complete prescribed twice-daily medical regimens, daily physical therapy exercises and office visits, and vital specialist physician research and office visits.

(3) Due to the arrival of the influenza season and the coronavirus COVID-19 pandemic, Feamster is very vulnerable to all three CDC high risk factors:

   (a) Age over 65: Feamster is age 75.

   (b) Pre-existing chronic lung condition: Feamster suffers from chronic respiratory system illnesses beginning with failed defective SPF in 2015.

   (c) Coronavirus COVID-19 hot spot exposure: in early March, Feamster participated in his age 93 aunt's memorial services traveling by passenger train through New Jersey and through New Rochelle and New York City, New York.

(4) Especially due to coronavirus COVID-19 quarantining, Feamster has been unable to arrange for any contractor inspection visits of his home and for office visits to other experts to obtain in-depth estimates on all defective and failed defective SPF health, life, and home damages.

(5) Feamster is currently suffering his second serious influenza infection this season; his first influenza infection this season lasted four weeks, twice as long as typical. Feamster's increased microbial sensitivity was caused by Gaco-Firestone's defective and failed defective SPF.

(6) Due to his overwhelming volume of information, chronic health disabilities, and current health incapacitations, Feamster is experiencing extreme difficulty condensing four years of Gaco-Firestone's defective and failed defective SPF inaction and denials; massive defective and failed defective SPF toxic-carcinogenic chemicals research; copious health, life, and home damages evidence; and Gaco-Firestone's increasing discovery evasion and unwarranted oppression of Feamster. Feamster has been unable to prepare a concise yet comprehensive Case Management Statement.

(C) Gaco-Firestone has yet to provide meaningful, detailed, and comprehensive discovery responses that will allow Feamster to prepare for and participate in Court proceedings; and Gaco-Firestone disputes and evades discovery on numerous significant fundamental facts; e.g.,

(a) Its SPF was defective and might fail.

(b) Its defective SPF failed in the attic and crawl space of Feamster's home.

(c) It's responsible for the deconstruction and reconstruction of Feamster's home associated with the removal and replacement of its failed defective SPF.

(d) Its defective and failed defective SPF caused Feamster's mental and physical debilitation and incapacitations that are unpreventable, unpredictable, and untreatable.

(e) Its failure to notify Feamster of its defective SPF before installation, at installation, or at installation failure.

(f) Its failure to notify Feamster of its failed defective SPF health hazards at installation failure.

Thus, Feamster hereby requests leave to file in the above-entitled action for Feamster's Health, Life, and Home Damages Caused by Gaco-Firestone's Toxic-Carcinogenic Failed Defective Spray Polyurethane Foam (SPF) in Excess of Ten Pages and with Extra Time on the grounds that:

(A) the case involves numerous toxic-carcinogenic chemicals and is extremely complex,

(B) new and different significant facts and circumstances exist, and

(C) Gaco-Firestone disputes and evades discovery on numerous significant fundamental facts.

Date: 3/23/2020        Respectfully submitted,

Signature: _____

Scott Feamster
230 Park Lane, Atherton, CA 94027-5411
(650) 245-2613 and (650) 740-0610
matrixpfw@earthlink.net and cfeamster@gmail.com

DATED: 3/24/2020



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Haywood S. Gilliam Jr.

LEAVE TO FILE A CASE MANAGEMENT STATEMENT FOR FEAMSTER'S HEALTH, LIFE, AND HOME DAMAGES CAUSED BY GACO-FIRESTONE'S FAILED DEFECTIVE TOXIC-CARCINOGENIC SPRAY POLYURETHANE FOAM (SPF) IN EXCESS OF TEN PAGES AND WITH EXTRA TIME        Case Number: 4:18-cv-01327-HSG

Page 5 of 5