UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GACO WESTERN, LLC,<br><br>　　　　Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RESCHEDULE SETTLEMENT CONFERENCE AND APPOINT ATTORNEY**<br><br>Re: Dkt. No. 113 |

On March 23, 2021, Plaintiff filed an administrative motion seeking to reschedule the settlement conference set for March 30, 2021 until after the Court appoints an attorney or until Plaintiff has retained an attorney. Dkt. No. 113. The Court **DENIES** the request to appoint an attorney and the request to reschedule the settlement conference. The parties shall be prepared to proceed with the settlement conference as scheduled on March 30, 2021. The Court encourages both parties to continue to engage in good faith and with open minds at the settlement conference in this substantially narrowed case.

**IT IS SO ORDERED.**

Dated: 3/23/2021

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge