United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>    Plaintiff,<br><br> v.<br><br>GACO WESTERN, LLC,<br><br>    Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER VACATING TRIAL DATE AND DIRECTING PARTIES TO FILE EVIDENTIARY OBJECTIONS** |

The Court **VACATES** the trial set to begin on December 13, 2021 at 8:30 a.m.  The Court **SETS** a hearing on December 13, 2021 at 10:30 a.m. in Courtroom 2, 4th Floor, at 1301 Clay Street, Oakland, CA, regarding the admissibility of the proposed trial exhibits submitted to the Court on December 1, 2021.

The Court further **DIRECTS** each party to submit by Wednesday, December 8, 2021 at 5:00 p.m. any evidentiary objections to the proposed trial exhibits.  Any evidentiary objections must be detailed and specific to the proposed trial exhibit and must specify what Federal Rule of Evidence or other legal authority provides the basis for the objection.  Each party's submission must be no longer than five pages double-spaced.

**IT IS SO ORDERED.**

Dated: 12/3/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge