UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>    Plaintiff,<br><br>v.<br><br>GACO WESTERN, LLC,<br><br>    Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER RE MODEL INSTRUCTIONS** |

The Court **DIRECTS** the parties to meet and confer and submit to the Court the model Judicial Council of California Civil Jury Instructions ("CACI") for each cause of action. The parties shall e-file the model instructions by June 20, 2022, and the submission must not include any edits, changes, or commentary by the parties.

**IT IS SO ORDERED.**

Dated: 6/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge