UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>       Plaintiff,<br><br>   v.<br><br>GACO WESTERN, LLC,<br><br>       Defendant. | Case No. 18-cv-01327-HSG<br><br>**ORDER RE MODEL JURY INSTRUCTIONS** |

The Court again **DIRECTS** the parties to meet and confer and submit to the Court the model Judicial Council of California Civil Jury Instructions ("CACI") for each cause of action. The parties are directed to submit the 2022 version of the applicable instructions downloaded from the California Jury Instructions website, https://www.courts.ca.gov/partners/juryinstructions.htm. The parties shall submit by June 27, 2022 at 5:00 p.m. the original PDFs of the applicable instructions as downloaded from the website with no additions, customization, changes, or commentary by the parties.  In other words, the parties should not customize the model instructions in any way based on their view of the facts of this case.

**IT IS SO ORDERED.**

Dated: 6/22/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge