| | |
|---|---|
| Your Name: | Scott Feamster |
| Address: | 230 Park Lane |
| | Atherton, CA   94027-5411 |
| Phone Number: | 650) 245-2613 and (650) 740-0610 |
| E-mail Address: | matrixpfw@earthlink.net and cfeamster@gmail.com |

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SCOTT FEAMSTER, an individual, | ) Case Number: 18-CV-01327-HSG |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **ENTER PHOTOS INTO** |
| vs. | ) **EVIDENCE** |
| GACO WESTERN, LLC, d/b/a | ) Date:            June 13, 2022 |
| GACO WESTERN, a Limited Liability | ) Time: |
| Company, and DOES 1-100, | ) Courtroom:    Fourth Floor, Courtroom 2 |
| | ) Judge:          Hon. Haywood S. Gilliam, Jr. |
| Defendants. | ) Action Filed:  February 18, 2018 |

Whereas, the attached photos were presented as evidence during the Trial of Scott Feamster vs. Gaco Western, LLC, held on May 19-20, 2022, Case No. 18-CV-01327-HSG;

Whereas, the Court directed parties to meet and confer regarding a stipulation to enter photos into evidence;

Whereas, a meet and confer was conducted and the parties agreed to enter the attached photos into evidence.

Page 1 of 2

**STIPULATION AND ORDER TO ENTER PHOTOS INTO EVIDENCE**           Case No. 18-CV-01327-HSG

Dated: June 13, 2022

SCOTT FEAMSTER
Pro Se Plaintiff

Dated: June 21, 2022

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLC

CLAY COELHO
Counsel for the Defense

## ORDER

PURSUANT TO THE STIPULATION,

**IT IS SO ORDERED.**

    The attached photographs shall be entered into evidence in Case No. 18-CV-01327-HSG, Scott Feamster vs. Gaco Western, LLC.

Date: 6/24/2022   Signature: _____

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge
U.S. District Court of Northern California
Oakland Division