United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FEAMSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GACO WESTERN, LLC,<br><br>　　　　Defendant. | Case No. 18-cv-01327-HSG<br><br>**JUDGMENT** |

　　Judgment is hereby entered consistent with the Court's Findings of Fact and Conclusion of Law and Order Denying Plaintiff's Motion for Leave to Amend,

　　This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　Dated at Oakland, California, this 21st day of February, 2023.

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Nikki D. Riley
　　　　　　　　　　　　　　　　　　　　Deputy Clerk to the Honorable
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.